**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Marianna Udem
Brigette McGrath
Kara E. Casteel (*admitted pro hac vice*)
ASK LLP
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
mudem@askllp.com
bmcgrath@askllp.com
kcasteel@askllp.com

*Counsel to Thomas A. Pitta, as Trustee of the RAD Sub-Trust A*

| | |
|---|---|
| In re:<br><br>RITE AID CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-18993 (MBK)<br><br>(Jointly Administered) |
| Thomas A. Pitta, as Trustee of the RAD Sub-Trust A,<br>Plaintiff,<br><br>v.<br><br>Altman Specialty Plants, LLC fdba Altman Plants Inc.,<br>Defendant. | Adv. No. 25-01429 |

**CERTIFICATE OF SERVICE**

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

1. I, Jennifer Hepola:

☐ represent the ________________________ in the above-captioned matter

☑ am the secretary/paralegal for ASK LLP, who is special counsel to the Plan Administrator and counsel to the Plaintiff in the above captioned matter.

☐ am the _____________ in the above case and am representing myself.

2. On October 27, 2025, I sent a copy of the following pleadings and/or documents via US First Class Mail to the parties listed below:

- Complaint
- Summons
- Instructions re: The Proposed Joint Order Scheduling Pretrial Proceedings and Trial and Mediation Order

A copy of such documents were sent via US First Class mail to the following:

Defendant
Kenneth Altman, President/Reg Agent
Altman Specialty Plants, LLC fdba Altman Plants Inc.
3742 Blue Bird Canyon
Vista, California 92084

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: October 27, 2025

*/s/ Jennifer Hepola*
Signature