# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0312−3 | User: admin | Date Created: 12/22/2025 |
| Case: 25−01429−MBK | Form ID: orderntc | Total: 1 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Brigette G McGrath | bmcgrath@askllp.com |

TOTAL: 1