Order Filed on October 29, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**BALLARD SPAHR LLP**
Leslie C. Heilman
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com

*Counsel for Defendant Altman Specialty Plants, LLC*

| | |
|---|---|
| In re:<br><br>Rite Aid Corporation, *et al.*,[1]<br><br>Debtors. | Case No.: 23-18993 (MBK)<br><br>Chapter 11<br><br>(Jointly Administered) |
| Thomas A. Pitta, as Trustee of the RAD Sub-Trust A,<br><br>Plaintiff,<br><br>v.<br><br>Altman Specialty Plants, LLC fdba Altman Plants Inc.,<br><br>Defendant. | Adv. No. 25-01429 (JNP) |

## STIPULATION AND AGREED ORDER VACATING DEFAULT AND EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT

The relief set forth on the following pages, numb

**DATED: October 29, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

[1] The last four digits of Debtor Rite Aid Corporation's tax identification number are 4034. A complete list of the Debtors in these chapter 11 cases and each such Debtor's tax identification number may be obtained on the website of the Debtors' claims and noticing agent at https://restructuring.ra.kroll.com/RiteAid. The location of Debtor Rite Aid Corporation's principal place of business and the Debtors' service address in these chapter 11 cases is 1200 Intrepid Avenue, 2nd Floor, Philadelphia, Pennsylvania 19112.

**STIPULATION**

This stipulation (the "Stipulation") is entered into by and between (a) defendant Altman Specialty Plants, LLC ("Defendant") and (b) plaintiff Thomas A. Pitta, as trustee of the RAD Sub-Trust A ("Plaintiff," and together, with Defendant, the "Parties"), by and through their respective counsel, and the Parties hereby stipulate and agree as follows:

WHEREAS, on October 9, 2025, Plaintiff filed a complaint against Defendant (the "Complaint"), commencing the above-captioned adversary proceeding. *See* ECF No. 1.

WHEREAS, on October 20, 2025, the clerk of the Court issued a summons to Defendant (the "Summons"), which provided that Defendant is required to respond to the Complaint within 30 days after the date of issuance of the Summons. *See* ECF No. 4.

WHEREAS, on October 27, 2025, Plaintiff served the Summons and Complaint on Defendant by first class mail. Defendant, however, claims that it never received the Summons and Complaint and was not aware of this adversary proceeding until Plaintiff requested entry of Defendant's default.

WHEREAS, due to Defendant not filing a response to the Complaint, on September 10, 2026, Plaintiff filed a request for entry of default against Defendant (the "Default Request"), which was also served on Defendant by certified mail. *See* ECF No. 9. The clerk of the Court then entered a default against Defendant on September 11, 2026 (the "Default"). *See* ECF No. 10.

WHEREAS, on September 16, 2026, Defendant received Plaintiff's Default Request in the mail and, that same day, reached out to Plaintiff's counsel to inform Plaintiff that Defendant had never received the Summons and Complaint and that the Default Request was the first document in this adversary proceeding that Defendant had seen. Defendant also requested that Plaintiff stipulate to (a) withdrawing the Default Request or, if the Court had already entered a default,

having that default vacated (Defendant was not aware, at that time, that the Default had already been entered) and (b) extending the time for Defendant to respond to the Complaint to the date that is 21 days after entry of a consent order approving the Parties' stipulation.

WHEREAS, Plaintiff later informed Defendant that Plaintiff was agreeable to entering into the stipulation requested by Defendant.

NOW, THEREFORE, in consideration of the foregoing, the Parties hereby agree and stipulate as follows:

1. The Default entered against Defendant is vacated.

2. The deadline for Defendant to file a response to the Complaint is extended to the date that is 30 days after entry of the order approving this Stipulation.

Dated: October 29, 2026

*/s/ Gary Underdahl*
ASK LLP
Brigette McGrath
Gary Underdahl
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (651) 289-3857
Fax: (651) 406-9676
bmcgrath@askllp.com
gunderdahl@askllp.com

*-and-*

Marianna Udem
60 East 42nd Street, 46th Floor
New York, NY 10165
Telephone: (212) 267-7342
Facsimile: (212) 918-3427
mudem@askllp.com

*Counsel for Plaintiff Thomas A. Pitta, as Trustee of the RAD Sub-Trust A*

*/s/ Leslie C. Heilman*
Leslie C. Heilman
BALLARD SPAHR LLP
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
E-mail: heilmanl@ballardspahr.com

*-and-*

Joshua A. del Castillo (pro hac vice pending)
Matthew D. Pham (pro hac vice pending)
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
865 South Figueroa Street, Suite 2800
Los Angeles, CA 90017-2543
Telephone: (213) 622-5555
Facsimile: (213)
E-mail: jdelcastillo@allenmatkins.com
mpham@allenmatkins.com

*Counsel for Defendant Altman Specialty Plants, LLC*