Form order − ntcorder

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re: Rite Aid Corporation
Debtor

Case No.: 23−18993−MBK
Chapter 11

Thomas A. Pitta
Plaintiff

v.

Altman Specialty Plants, LLC
Defendant

Adv. Proc. No. 25−01429−JNP

Judge: Jerrold N. Poslusny Jr.

**NOTICE OF JUDGMENT OR ORDER**
**Pursuant to Fed. R. Bankr. P. 9022**

Please be advised that on October 29, 2026, the court entered the following judgment or order on the court's docket in the above−captioned case:

Document Number: 18 − 15
STIPULATION AND AGREED ORDER VACATING DEFAULT AND EXTENDING DEADLINE FOR DEFENDANT TO RESPOND TO COMPLAINT, (related document:15 Certification Concerning Proposed Order filed by Defendant Altman Specialty Plants, LLC). Filed by Leslie Carol Heilman on behalf of Altman Specialty Plants, LLC . Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 10/29/2026. (kvr)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: October 29, 2026
JAN: kvr

Jeanne Naughton
Clerk